891  ALDERMAN vs. CIRCUIT JUDGE (Montcalm), 41 M., 550.

To compel vacation of order granting a new trial.
Denied, 1879.
The trial judge acted upon the supposition that he was disqualified.

Held, that the judge had a right in the exercise of his discretion to make the order, and this court, in the exercise of its discretion, is not disposed to inquire whether his interest was such as to disqualify him.